NAT GREENBAUM, Respondent, v. HARRY STONE, JEROME WILZIN and MICHAEL HALPERIN, Appellants.— Judgment and order unanimously affirmed, as to the defendant Harry Stone, with costs to the respondent against the said appellant, the action severed and the judgment and order reversed as to the defendants Jerome Wilzin and Michael Halperin, and the motion as to said defendants denied, with costs to said appellants against the respondent, on the ground that there is a triable issue as to said defendants. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

FREDERICK FOX & CO., INC., Respondent, v. MARTHA KRAKEUR, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

FIFTH AVENUE AND SEVENTY-SEVENTH STREET CORPORATION, Appellant, v. J. HARRY STEINKAMPF and Others, as Executors, etc., of MAUDE E. HAMMILL, Deceased, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK NATHAN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

CITRUS FRUIT SPECIALTIES CORP., Respondent, v. WILLIAM C. LAURENCE, Also Known as WILLIAM C. LUBAN, and ALEXANDER LUBAN, Individually and as Copartners Doing Business under the Firm Names and Styles of THE LUBAN COMPANY and GENERAL FRUIT PRODUCTS CO., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within ten days after service of order upon payment of said costs and the ten dollars costs of motion at Special Term. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY WARTELSKY, Appellant.— Judgment unanimously affirmed, under section 542 of the Code of Criminal Procedure. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

(February 7, 1938.)

In the Matter of AARON H. KAUFMAN.— Motion denied and stay vacated. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.